62 So.2d 922

Wm. A. GARDNER, Jr., et al. v. Henry P. PARKER et al.

3 Div. 648.

Supreme Court of Alabama.

Dec. 4, 1952.

PER CURIAM.

Appeal dismissed by appellant.

62 So.2d 922

Eddie HARRISON v. Flora HENDERSON.

7 Div. 173.

Supreme Court of Alabama.

Dec. 19, 1952.

PER CURIAM.

Appeal dismissed per agreement.

62 So.2d 923

John Edw. HOUSE, Jr., et al. v. James E. CASEY.

6 Div. 420.

Supreme Court of Alabama.

Nov. 21, 1952.

PER CURIAM.

Appeal dismissed.

63 So.2d 901

Billie O'Hara HUNT v. Sam HUNT, Jr.

6 Div. 460.

Supreme Court of Alabama.

Jan. 23, 1953.

PER CURIAM.

Appeal dismissed.

63 So.2d 901

Ellen Gregg INGALLS et al., Trustees v. Robert I. INGALLS, Jr., Guardian.

6 Div. 455.

Supreme Court of Alabama.

Feb. 13, 1953.

Waites & Tucker and Lange, Simpson, Robinson & Somerville, all of Birmingham, for appellants.

Chas. W. Greer, Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellants.

LIVINGSTON, C. J., and BROWN, LAWSON, SIMPSON and GOODWYN, JJ., concur.

63 So.2d 901

Ex parte Ellen Gregg INGALLS et al., Trustees.

6 Div. 446.

Supreme Court of Alabama.

Feb. 13, 1953.

712

Waites & Tucker and Lange, Simpson, Robinson & Somerville, all of Birmingham, for petitioners.

PER CURIAM.

Petition dismissed per agreement.

LIVINGSTON, C. J., and BROWN, LAWSON, SIMPSON, STAKELY and GOODWYN, JJ., concur.

62 So.2d 923

James L. JACKSON et al. v. J. E. TUCKER.

I Div. 488.

Supreme Court of Alabama.

Nov. 11, 1952.

PER CURIAM.

Appeal dismissed.

62 So.2d 923

Mary P. LONG, Ex'r et al. v. Frank LONG et al.

3 Div. 636.

Supreme Court of Alabama.

Dec. 16, 1952.

PER CURIAM.

Appeal dismissed per agreement.

62 So.2d 923

Mamie LOPER v. Emory D. LOPER, Ex'r et al.

I Div. 515.

Supreme Court of Alabama.

Nov. 12, 1952.

Scott & Poter, Chatom, for appellant.
Wallace P. Pruitt, Chatom, for appellees.

PER CURIAM.
Appeal dismissed.

62 So.2d 923

Elaine M. MONTGOMERY v. Mamie HARDY, Gdn.

6 Div. 465.

Supreme Court of Alabama.

Nov. 25, 1952.

PER CURIAM.
Appeal dismissed.

62 So.2d 923

M. B. MYERS v. CITY OF MONTGOMERY.

3 Div. 646.

Supreme Court of Alabama.

Dec. 18, 1952.

PER CURIAM.

Appeal dismissed by appellant.